"Where two or more defendants unite in demurring to a complaint, * * * it must be overruled if the complaint states a good cause of action against any one of the parties jointly demurring." 6 Ency. of Plead. & Prac. p. 321; People v. Mayor, 28 Barb. 240, 251; Holmes v. Seaboard Portland Cement Co., 63 Misc. Rep. 82, 116 N. Y. Supp. 524.

LIBERMAN v. NEUBERGER. (Supreme Court, Appellate Division, First Department. June 19, 1914.) Action by Philip Liberman against Louis C. Neuberger. No opinion. Motion granted, with $10 costs. Order filed.

LIGHTFOOT, Appellant, v. HAGGERTY et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. July 7, 1914.) Action by William Lightfoot against William Bowen Haggerty and others. No opinion. Judgment affirmed, with costs.

LINZEE, Respondent, v. FRANKFORT, GENERAL INS. CO., Appellant. (Supreme Court, Appellate Division, Second Department. June 5, 1914.) Action by Nancy B. Linzee against the Frankfort General Insurance Company, etc. No opinion. Motions denied, without costs. See, also, 147 N. Y. Supp. 606.

LISKA, Respondent, v. CITY OF SCHENECTADY, Appellant. (Supreme Court, Appellate Division, Third Department. July 1, 1914.) Action by Joseph Liska against the City of Schenectady. No opinion. Judgment and order unanimously affirmed, with costs.

LITTLEFIELD, Respondent, v. GORDON, Appellant. (Supreme Court, Appellate Division, Fourth Department. May 29, 1914.) Action by Ira B. Littlefield against Anna Gordon.

PER CURIAM. Judgment affirmed, with costs; and this court finds, from the evidence ·contained in the record, that on or about August 27, 1912, the defendant received of and from the plaintiff the check for the sum of $25 referred to in said written instrument of August 27, 1912, and thereafter indorsed the same by writing her name on the back thereof, and negotiated same, and has since retained the proceeds thereof.

In re LOEBL. (Supreme Court, Appellate Division, First Department. July 10, 1914.) In the matter of Milton T. Loebl, an attorney. No opinion. Referred to official referee. Settle order on notice.

LONG et al. v. LEBANON NAT. BANK et al. (Supreme Court, Appellate Division, First Department. June 19, 1914.) Action by Franklin B. Long and others against the Lebanon National Bank and others. No opinion. Motion denied. Settle order on notice. See, also, 147 N. Y. Supp. 1123.

LOTUS THEATRE CO., Respondent, v. HILL et al., Appellants. (Supreme Court, Appellate Division, Second Department. June 12, 1914.) Action by the Lotus Theatre Company against Gus Hill and another. No opinion.

Order of March 21, 1914, affirmed, with $10 costs and disbursements. Order of March 30, 1914, affirmed, with $10 costs and disbursements.

LOSEE v. FOREST CITY LAND & LUMBER CO. et al. (Supreme Court, Appellate Division, First Department. June 5, 1914.) Action by Daniel W. Losee against the Forest City Land & Lumber Company and others. M. T. Townsend, of New York City, for appellants. J. B. Hand, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

LOWE v. LEARY et al. (Supreme Court, Appellate Division, First Department. June 26, 1914.) Action by Marie C. Lowe against Mary C. Leary and others. J. B. Stanchfield, of New York City, for appellant. H. Pegram, W. W. Pellet, Finn & McAndrews, and D. P. Hays, all of New York City, for respondents. No opinion. Judgment affirmed, with costs. Order filed. See, also, 148 N. Y. Supp. 1127.

LOWE v. LEARY et al. (Supreme Court, Appellate Division, First Department. July 10, 1914.) Action by Marie C. Lowe against Daniel J. Leary, impleaded with others. No opinion. Motion denied, with $10 costs. Order filed. See, also, 148 N. Y. Supp. 1127.

LUHMAN, Respondent, v. NEW YORK, W. & B. RY. CO., Appellant. (Supreme Court, Appellate Division, Second Department. June 5, 1914.) Action by Leonie B. Luhman against the New York, Westchester & Boston Railway Company. No opinion. Judgment affirmed, with costs. For decision below, see 81 Misc. Rep. 537, 142 N. Y. Supp. 860.

LUND, Respondent, v. SMITH et al., Appellants. (Supreme Court, Appellate Division, Second Department. May 29, 1914.) Action by Alma V. Lund, as administratrix, etc., against Grant Smith and others, copartners, etc. No opinion. Order affirmed, with $10 costs and disbursements.

LYNCH v. MURPHY. (Supreme Court, Appellate Division, First Department. July 10, 1914.) Action by Margaret A. Lynch against Anna Murphy. No opinion. Application granted. Order signed. See, also, 158 App. Div. 881, 142 N. Y. Supp. 1128.

McCABE v. MILLER. (Supreme Court, Appellate Division, First Department. June 5, 1914.) Action by Thomas J. McCabe against Rudolph P. Miller, as superintendent, etc. No opinion. Motion denied, with $10 costs. Order filed. See, also, 146 N. Y. Supp. 1099.

McCANN, Respondent, v. VAN LOON, Appellant. (Supreme Court, Appellate Division, Third Department. July 1, 1914.) Action by Catherine McCann against Arthur B. Van Loon. No opinion. Order affirmed, with costs.